EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* CARMEN ACEVEDO, acusada y apelante.

No. 2508.—*Visto:* Junio 3, 1925. *Resuelto:* Julio 10, 1925.

1. ARMAS—ARMAS PROHIBIDAS—NAVAJA.—Si bien una navaja no es originalmente un arma y sí un instrumento, usada indebidamente es un arma de ofensa y defensa prohibida por la ley.

2. ARMAS—ESTATUTO PROHIBIENDO PORTAR ARMAS—CONSTITUCIONALIDAD DEL MISMO.—La palabra *instrumento* usada después de *arma* en la Ley No. 14 de 1924 (p. 115) no es materia ajena al título de la misma y por tanto no es anticonstitucional.

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), condenando a la acusada por delito de portar armas prohibidas. *Confirmada.*

*Felipe Colón Díaz,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Como en el caso de *El Pueblo de Puerto Rico* v. *Vadi,* ataca el apelante la constitucionalidad de la Ley No. 14 de 25 de junio de 1924 (p. 115). Hemos discutido una parte de la objeción que hace el apelante en el referido caso de *El Pueblo* v. *Vadi.* El apelante, sin embargo, insiste en

que si bien la palabra "arma" (*arm*) es quizás una descripción suficiente de un arma prohibida, la palabra "instrumento," no lo es.

Como se ha indicado en nuestra anterior opinión, la palabra "instrumento" debe entenderse que ha sido usada más o menos en el mismo sentido que la palabra "arma." Un instrumento que puede ser usado originalmente para otros fines que no sean los de ofensa y defensa no es un arma prohibida. No es bastante para caer dentro de la sanción de la ley que un instrumento pueda usarse a veces para fines de ofensa y defensa, como podría ser usado un cinturón. Este punto lo aclaramos en nuestra opinión en el caso de *El Pueblo* v. *Cruz Rosado*, (pág. 315). Un instrumento debe ser algo como un arma.

Los hechos de este caso constituyen un buen ejemplo. Una navaja no es originalmente un "arma." Es, como indica el apelante, un instrumento, y su objeto principal es usarla para afeitar. Sin embargo, una navaja usada indebidamente es un arma de ofensa y defensa y probablemente era esta clase de artículos los que tuvo la Legislatura en mente cuando usó la palabra "instrumento" además de la palabra "arma."

Alega el apelante que en la Ley núm. 14, *supra,* se incluyeron materias que no están en el título. En el razonamiento, sin embargo, se sostiene que la ley anterior contenía una definición completa de "armas" prohibidas mientras que la nueva ley menciona además la palabra "instrumentos." Cuando se entiende que la palabra "instrumentos" debe usarse necesariamente en el mismo sentido general que "armas," no encontramos ninguna dificultad en resolver que el título de la ley comprende suficientemente los actos prohibidos.

No encontramos error alguno en la apreciación de los hechos por la corte inferior *y debe por tanto confirmarse la sentencia apelada.*